**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  THIAM, NDIACK KARIM              §   Case No. 17-01674
                                         §
                                         §
                                         §
          Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 01/20/2017. The undersigned trustee was appointed on 01/20/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $          80,907.00

    Funds were disbursed in the following amounts:

    Payments made under an
      interim distribution                                          32,362.80
    Administrative expenses                                         24,558.35
    Bank service fees                                                   50.37
    Other payments to creditors                                          0.00
    Non-estate funds paid to 3rd Parties                                 0.00
    Exemptions paid to the debtor                                   15,000.00
    Other payments to the debtor                                         0.00

    Leaving a balance on hand of[1]            $            8,935.48

The remaining funds are available for distribution.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/02/2018 and the deadline for filing governmental claims was 07/02/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,648.58. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,283.22, for a total compensation of $1,283.22[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/10/2018

By: /s/ Norman B. Newman
    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

**Case No.:** 17-01674
**Case Name:** THIAM, NDIACK KARIM
**For Period Ending:** 09/10/2018

**Trustee Name:** (330270) Norman B. Newman
**Date Filed (f) or Converted (c):** 01/20/2017 (f)
**§ 341(a) Meeting Date:** 02/16/2017
**Claims Bar Date:** 07/02/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Deposits of Money -Checking account: Citi Bank<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 6.00 | 0.00 | | 0.00 | FA |
| 2 | Deposits of Money - Savings account: Citi Bank<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Household Goods & Furniture<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 5 | Personal Injury Lawsuit<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 15,000.00 | 85,000.00 | | 80,907.00 | FA |
| 6 | 2014 Ford Fusion<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | **Assets Totals (Excluding unknown values)** | **$15,806.00** | **$85,000.00** | | **$80,907.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Settled Personal Injury claim.

**Initial Projected Date Of Final Report (TFR):** 03/31/2018       **Current Projected Date Of Final Report (TFR):** 09/30/2018

UST Form 101-7-TFR (5/1/2011)

Form 2

Exhibit B
Page: 1

# Cash Receipts And Disbursements Record

| Case No.: | 17-01674 | | Trustee Name: | Norman B. Newman (330270) |
|---|---|---|---|---|
| Case Name: | THIAM, NDIACK KARIM | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7579 | | Account #: | ******4700 Checking |
| For Period Ending: | 09/10/2018 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/04/18 | | D&W Law Group | Settlement of personal injury claim. | | 8,985.85 | | 8,985.85 |
| | {5} | D&W Law Group | Settlement of Personal Injury Case. $80,907.00 | 1142-000 | | | 8,985.85 |
| | | D&W Law Group | Payment of Special Counsel's fees -$24,270.00 | 3210-600 | | | 8,985.85 |
| | | D&W Law Group | Payment of Special Counsel expenses -$288.35 | 3220-610 | | | 8,985.85 |
| | | EMP of Chicago | Payment to Medical Lienholders -$531.29 | 4210-000 | | | 8,985.85 |
| | | Advanced Physical Medicine | Payment to Medical Lienholders -$4,342.59 | 4210-000 | | | 8,985.85 |
| | | Archer Open MRI | Payment to Medical Lienholders -$1,068.04 | 4210-000 | | | 8,985.85 |
| | | Dr Scott Glaser | Payment to Medical Lienholders -$9,160.77 | 4210-000 | | | 8,985.85 |
| | | Ambulatory Anesthesiologists of Chicago | Payment to Medical Lienholders -$1,078.71 | 4210-000 | | | 8,985.85 |
| | | Mercy Hospital and Medical Center | Payment to Medical Lienholders -$589.08 | 4210-000 | | | 8,985.85 |
| | | APM Surgical Group | Payment to Medical Lienholders -$5,953.32 | 4210-000 | | | 8,985.85 |
| | | Magna Surgical Center | Payment to Medical Lienholders -$9,639.00 | 4210-000 | | | 8,985.85 |
| | | Ndiack Thiam | Claimed Exemption -$15,000.00 | 8100-002 | | | 8,985.85 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 8,975.85 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 14.20 | 8,961.65 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.45 | 8,949.20 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 13.72 | 8,935.48 |
| | | | **Page Subtotals:** | | **$8,985.85** | **$50.37** | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)                    ! - transaction has not been cleared

**Form 2**

Exhibit B

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 17-01674 | Trustee Name: | Norman B. Newman (330270) |
|---|---|---|---|
| Case Name: | THIAM, NDIACK KARIM | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7579 | Account #: | ******4700 Checking |
| For Period Ending: | 09/10/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 8,985.85 | 50.37 | $8,935.48 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 8,985.85 | 50.37 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | **NET Receipts / Disbursements** | | | **$8,985.85** | **-$14,949.63** | |

*{ } Asset Reference(s)*     **UST Form 101-7-TFR (5/1/2011)**     *! - transaction has not been cleared*

**Form 2**

Exhibit B
Page: 3

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 17-01674 | **Trustee Name:** | Norman B. Newman (330270) |
| **Case Name:** | THIAM, NDIACK KARIM | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***7579 | **Account #:** | ******4700 Checking |
| **For Period Ending:** | 09/10/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******4700 Checking | $8,985.85 | -$14,949.63 | $8,935.48 |
| | **$8,985.85** | **-$14,949.63** | **$8,935.48** |

Page: 1

# Exhibit C
## Analysis of Claims Register

**Case:** 17-01674     **NDIACK KARIM THIAM**

Claims Bar Date: 07/02/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| MS-F | MUCH P.C. SHELIST<br>191 N. Wacker Drive, Suite 1800<br>Chicago, IL 60606<br><3110-000 Attorney for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>08/06/18 | | $9,831.00<br>$9,831.00 | $0.00 | $9,831.00 |
| NBN | Norman B. Newman<br>191 N. Wacker Dr.<br>Suite 1800<br>Chicago, IL 60606<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>10/02/17 | | $1,648.58<br>$1,648.58 | $0.00 | $1,648.58 |
| | IRS 1<br>PO Box 7346<br>Philadelphia, PA 19101<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>01/20/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 1 | IRS 1<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>04/09/18 | | $12,944.37<br>$12,944.37 | $0.00 | $12,944.37 |
| | Speedy Cash<br>1931 N. Mannheim Rd<br>Melrose Park, IL 60160<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/20/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 2 | Speedy Cash,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>06/06/18 | | $346.88<br>$346.88 | $0.00 | $346.88 |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C

## Analysis of Claims Register

**Case: 17-01674**  NDIACK KARIM THIAM

Claims Bar Date: 07/02/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 | T Mobile/T-Mobile USA Inc by American InfoSource LP as agent<br>P.O. Box 248848<br>Oklahoma City, OK 73124<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>06/07/18 | | $462.75<br>$462.75 | $0.00 | $462.75 |
| 4 | T Mobile/T-Mobile USA Inc by American InfoSource LP as agent<br>P.O. Box 248848<br>Oklahoma City, OK 73124<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>06/07/18 | | $559.94<br>$559.94 | $0.00 | $559.94 |
| 5 | T Mobile/T-Mobile USA Inc by American InfoSource LP as agent<br>P.O. Box 248848<br>Oklahoma City, OK 73124<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>06/07/18 | | $284.92<br>$284.92 | $0.00 | $284.92 |
| | | | **Case Total:** | | **$0.00** | **$26,078.44** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 17-01674
Case Name: NDIACK KARIM THIAM
Trustee Name: Norman B. Newman

**Balance on hand:**  $             8,935.48

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $    0.00
Remaining balance:  $    8,935.48

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Norman B. Newman | 1,648.58 | 0.00 | 1,283.22 |
| Attorney for Trustee Fees - MUCH P.C. SHELIST | 9,831.00 | 0.00 | 7,652.26 |

Total to be paid for chapter 7 administrative expenses:  $    8,935.48
Remaining balance:  $    0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $    0.00
Remaining balance:  $    0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $12,944.37 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | IRS 1 | 12,944.37 | 0.00 | 0.00 |

UST Form 101-7-TFR(5/1/2011)

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,654.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Speedy Cash | 346.88 | 0.00 | 0.00 |
| 3 | T Mobile/T-Mobile USA Inc by American InfoSource LP as agent | 462.75 | 0.00 | 0.00 |
| 4 | T Mobile/T-Mobile USA Inc by American InfoSource LP as agent | 559.94 | 0.00 | 0.00 |
| 5 | T Mobile/T-Mobile USA Inc by American InfoSource LP as agent | 284.92 | 0.00 | 0.00 |

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | None |  |  |  |

|  | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | None |  |  |  |

**UST Form 101-7-TFR(5/1/2011)**

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**