**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NDIACK KARIM THIAM, | ) | Chapter 7 |
| | ) | Case No. 17-01674 |
| | ) | Hon. Jacqueline P. Cox |
| Debtor. | ) | Hearing Date: Thurs., Oct. 4, 2018 |
| | ) | at 9:30 a.m. |

**NOTICE OF MOTION**

TO:  See Attached Service List

**PLEASE TAKE NOTICE** that on **Thursday, October 4, 2018** at **9:30 a.m.**, or as soon thereafter as may be possible, we shall appear before the Honorable Jacqueline P. Cox or any other Judge sitting in her stead, in **Courtroom 680**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Trustee's Application for Compensation,** a copy of which is hereby served upon you.

/s/Norman B. Newman
Norman B. Newman, not individually, but solely as the Chapter 7 Trustee for the Estate of Ndiack Karim Thiam

Norman B. Newman (ARDC#02045427)
**Much Shelist, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile:  312.521.2100

**CERTIFICATE OF SERVICE**

Norman B. Newman, an attorney, hereby certifies that on September 11, 2018, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice.

/s/Norman B. Newman

9096205_1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 17-01674 |
| THIAM, NDIACK KARIM | ) | Hon. Jacqueline P. Cox |
| | ) | Hearing Date: Thurs., Oct. 4, 2018 |
| | ) | at 9:30 a.m. |

## TRUSTEE'S APPLICATION FOR COMPENSATION

TO:   THE HONORABLE JACQUELINE P. COX

NOW COMES Norman B. Newman, Trustee herein, pursuant to 11 U.S.C. §§326 and 330, and requests $1,648.58 as compensation and $0.00 for reimbursement of expenses, $$0.00 amount of which has previously been paid.

### I.   COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $8,985.85. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | | | |
|---|---|---|---|---|
| 25% on 1st | $ | 5,000 | = | $1,250.00 |
| 10% on next | $ | 45,000 | = | $398.58 |
| 5% on next | $ | 950,000 | = | $0.00 |
| 3% on balance over | $ | 1,000,000 | = | $0.00 |
| TOTAL COMPENSATION | | | = | $1,648.58 |

9096205_1

II.  TRUSTEE'S EXPENSES

TOTAL EXPENSES:   .00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code.  No payments have previously been made or promised in any capacity in connection with the above case.

Dated: September 11, 2018

/s/ Norman B. Newman
Norman B. Newman, Trustee
191 N. Wacker Dr.
Suite 1800
Chicago, IL 60606

9096205_1