**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|   |   |   |
|---|---|---|
|                                  | ) | Chapter 7 |
| NDIACK KARIM THIAM,              | ) | Case No. 17-01674 |
|                                  | ) | Hon. Jacqueline P. Cox |
|                         Debtor.  | ) | Hearing Date: Thurs., Oct. 4, 2018 |
|                                  | ) | at 9:30 a.m. |

## NOTICE OF MOTION

TO:  See Attached Service List

**PLEASE TAKE NOTICE** that on **Thursday, October 4, 2018** at **9:30 a.m**., or as soon thereafter as may be possible, we shall appear before the Honorable Jacqueline P. Cox or any other Judge sitting in her stead, in **Courtroom 680**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Application of Trustee's Attorneys for the Allowance of Final Compensation,** a copy of which is hereby served upon you.

/s/Norman B. Newman
Norman B. Newman, not individually, but solely as
the Chapter 7 Trustee for the Estate of Ndiack Karim
Thiam

Norman B. Newman (ARDC#02045427)
**Much Shelist, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile:  312.521.2100

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on September 11, 2018, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice.

/s/Norman B. Newman

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
|  | ) | Chapter 7 |
| NDIACK KARIM THIAM, | ) | Case No. 17-01674 |
|  | ) | Hon. Jacqueline P. Cox |
| Debtor. | ) | Hearing Date: October 4, 2018 |
|  | ) | at 9:30 a.m. |

**APPLICATION OF TRUSTEE'S ATTORNEYS FOR THE ALLOWANCE OF FINAL COMPENSATION**

Much Shelist, P.C. ("Much Shelist"), attorneys for Norman B. Newman, not individually but solely as the Chapter 7 Trustee herein, (the "Trustee") moves this Court, pursuant to Section 330 of the Bankruptcy Code and Bankruptcy Rule 2016, for the allowance of final compensation for services rendered during the period June 1, 2017 through August 6, 2018.  In support of this application, Much Shelist states as follows:

1. On January 20, 2017 (the "Debtor") filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code.  The Trustee was subsequently appointed interim trustee, qualified and continues to serve as Trustee in this case.

2. On July 17, 2017, this Court entered an Order authorizing the Trustee to employ Much Shelist as his attorneys in this case.  This application includes legal services rendered by the Trustee.  Mr. Newman has taken care to distinguish his legal services from his Trustee services.  Attached hereto as Exhibit "A" is an itemization of Mr. Newman's Trustee services.  Much Shelist is not seeking compensation for the services identified on Exhibit "A" as part of this Application.  Mr. Newman is filing a separate Application for Trustee Compensation.

3. Other than as permitted under Section 504 of the Bankruptcy Code, Much Shelist has no agreement with any person or firm whatsoever with regard to its compensation in this

9092848_1

case. To date, Much Shelist has not received any compensation for services rendered as attorneys for the Trustee.

4.	Much Shelist is entitled to receive final compensation in the amount of $9,831.00 for services rendered during the period of June 1, 2017 through August 6, 2018.

5.	Much Shelist provided 15.80 hours of services on behalf of the Trustee during the time period covered by this application.

6.	The following is a summary of time expended, by individual, during the time period covered by this application. The summary below references their rates during the applicable time period.

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman  (01/01/17 to Present) | 5.80 hrs. | $655.00/hr. | $3,799.00 |
| Jeffrey M. Schwartz (12/1/17 to 12/31/17) | 6.80 hrs. | $600.00/hr. | 4,080.00 |
| Jeffrey M. Schwartz (01/01/18 to Present) | 3.20 hrs. | $610.00/hr. | 1,952.00 |
|  |  |  |  |
| **TOTAL**: | **15.80 hrs.** |  | **$9,831.00** |

7.	Attached hereto as Exhibit "B" is a statement of legal services rendered. The services are listed chronologically and are separated by activity. The services were rendered in connection with and in furtherance of assisting the Trustee in the performance of his duties as delineated by §704 of the Bankruptcy Code. This application complies with the standards enunciated in *In re Continental Securities Litigation*, 572 F. Supp. 931 (N.D. Ill. 1983) modified 692 F.2d 766 (7th Cir. 1992).

8.	At all times relevant hereto, Much Shelist provided legal services in the most efficient and cost effective manner. Much Shelist's goal was to obtain a positive resolution of the matter at hand, while in the process minimizing the costs to the estate. As more fully detailed in

9092848_1

the statement of services attached hereto as Exhibit "B", Much Shelist provided services with respect to the following matters:

A.  **Retention of Professionals (Tab No. 1):**  Much Shelist expended 4.50 hours in connection with the preparation of pleadings and appearances in Court on the Trustee's Motion to Employ Attorneys and the Motion to Employ Special Counsel.  Time was spent reviewing the nature of the personal injury claim, available insurance and special counsel's engagement agreement.  Counsel communicated with special counsel regarding changes to the engagement agreement and affidavit prior to filing.

The individuals who provided services in connection with the Retention of Professionals and the time expended by them are as follows:

| Attorney | Hours | Rate | Total |
| --- | --- | --- | --- |
| Norman B. Newman | 1.20 hrs. | $655.00/hr. | $786.00 |
| Jeffrey M. Schwartz | 3.30 hrs. | $600.00/hr. | 1,980.00 |
|  |  |  |  |
| **Total:** | **4.50 hrs.** |  | **$2,766.00** |

B.  **Disposition of Assets (Tab No. 2):**  Much Shelist expended 9.40 hours in connection with the disposition of assets.  At the Section 341 meeting the Debtor indicated that he had an interest in a personal injury case resulting from an auto accident (the "Personal Injury Claim").  Counsel engaged in telephonic and written communications with the Debtor, the Debtor's bankruptcy attorney and his personal injury attorney to obtain a status regarding the potential recovery in the Personal Injury Claim.

Counsel also reviewed insurance coverage documents and medical lienholder claims.  Time was spent negotiating the terms of the settlement of the Personal Injury Claim and the breakdown of settlement proceeds.  Counsel prepared the Trustee's Motion to Settle the Personal Injury Claim and appeared in Court on same.

Through the efforts of the Trustee's special counsel, and after payment of certain medical lien claimants, special counsel's fees and the Debtor's Personal Injury Exemption Claim, approximately $9,000 was netted for the creditors of this estate.

The individuals who provided services in connection with the Disposition of Assets and the time expended by them are as follows:

| Attorney | Hours | Rate | Total |
| --- | --- | --- | --- |
| Norman B. Newman | 2.70 hrs. | $655.00/hr. | $1,768.50 |
| Jeffrey M. Schwartz | 3.50 hrs. | $600.00/hr. | 2,100.00 |
| Jeffrey M. Schwartz | 3.20 hrs. | $610.00/hr. | 1,952.00 |
|  |  |  |  |
| **TOTAL** | **9.40 hrs.** |  | **$5,820.50** |

C.     **Claims Administration/Analysis (Tab No. 3):** A total of 1.10 hours of time was spent dealing with the possible objection to a claim filed by the IRS. Counsel communicated with Debtor's attorney regarding the status of the Debtor's filed returns and reviewed returns for the years 2013 through 2015. Time was spent communicating with a representative of the IRS to resolve the claim.

The individual who provided services in connection with the Claims Administration and the time expended by him is as follows:

| Attorney | Hours | Rate | Total |
| --- | --- | --- | --- |
| Norman B. Newman | 1.10 hrs. | $655.00/hr. | $720.50 |
|  |  |  |  |
| **TOTAL** | **1.10 hrs.** |  | **$720.50** |

D.     **Fee Matters (Tab No. 4):** Much Shelist expended a total of .80 hours of time dealing with the preparation of Much Shelist's fee application.

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Norman B. Newman | .80 hrs. | $655.00/hr. | $524.00 |
|  |  |  |  |
| **TOTAL** | **.80 hrs.** |  | **$524.00** |

9. By reason of the foregoing, Much Shelist states that it is entitled to a final award of compensation and reimbursement of out-of-pocket expenses for services rendered to the Trustee in this matter. Much Shelist recognizes that there are insufficient funds on hand in the Debtor's estate to pay the amount of fees requested in full. Much Shelist will accept a pro-rata share of the available funds.

**WHEREFORE**, Much Shelist, P.C. respectfully requests that this Court enter an Order as follows:

1. Granting this Application and awarding Much Shelist final compensation in the amount of $9,831.00 for services rendered during the period June 1, 2017 through August 6, 2018.

2. Authorizing the Trustee to pay Much Shelist the amount awarded forthwith as a Chapter 7 expense of administration of this estate; and

3. Granting such other and further relief as this Court deems just and appropriate.

Respectfully Submitted,

**Much Shelist, P.C.**

By: /s/Norman B. Newman
One of Its Attorneys

Norman B. Newman (ARDC#02045427)
**MUCH SHELIST, P.C.**
191 N. Wacker Drive ,Suite 1800
Chicago, IL 60606
(312) 521-2000
nnewman@muchshelist.com

9092848_1

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 17-22189 |
| MARKET FRESH NORTH, INC. | ) | Hon. Timothy A. Barnes |
| | ) | |
| Debtor. | ) | |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL SERVICES

Name of Applicant:                                  Much Shelist, P.C.

Authorized to provide professional services to:     Norman B. Newman, Chapter 7 Trustee

Date of Order Authorizing Employment:               July 17, 2017

Period for which compensation is sought:            June 1, 2017 through August 6, 2018

Amount of fees sought:                              $9,831.00

Amount of expense reimbursement sought:             $0.00

Retainer previously received:                       $0.00

This is a(n):        Interim Application ___        Final Application  X

Prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00

Dated: 9/11/18                                      **MUCH SHELIST, P.C.**

                                                    By: /s/Norman B. Newman

9092848_1