UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NDIACK KARIM THIAM, | ) | Chapter 7 |
| | ) | Case No. 17-01674 |
| | ) | Hon. Jacqueline P. Cox |
| Debtor. | ) | Hearing Date: Thurs., Oct. 4, 2018 |
| | ) | at 9:30 a.m. |

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on September 11, 2018, he serve a copy of the **Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR)** on all parties listed below by depositing same in the U.S. Mail from 191 N. Wacker Drive, Suite 1800, Chicago, Illinois.

Office of the United States Trustee
219 S. Dearborn St.
8th Floor
Chicago, IL 60604

Ndiack Karim Thiam
4107 S. Federal, Apt. 2
Chicago, IL 60609

Megan Holmes
The Semrad Law Firm, LLC
11101 S. Western Avenue
Chicago, IL 60643

/s/ Norman B. Newman

Norman B. Newman (Atty. ID#02045427)
**MUCH SHELIST, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2000
(312) 521-2100

9184969_1