**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: THIAM, NDIACK KARIM    §    Case No. 17-01674
    §
    §
    §
    Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

  Norman B. Newman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $806.00 | Assets Exempt: | $15,806.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $32,362.80 | Claims Discharged Without Payment: | $48,354.49 |
| Total Expenses of Administration: | $33,544.20 | | |

  3) Total gross receipts of $80,907.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $15,000.00 (see **Exhibit 2**), yielded net receipts of $65,907.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $32,362.80 | $32,362.80 | $32,362.80 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $36,088.30 | $36,088.30 | $33,544.20 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $3,500.00 | $12,944.37 | $12,944.37 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $500.00 | $1,654.49 | $1,654.49 | $0.00 |
| **TOTAL DISBURSEMENTS** | $4,000.00 | $83,049.96 | $83,049.96 | $65,907.00 |

4) This case was originally filed under chapter 7 on 01/20/2017. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/20/2018         By: /s/ Norman B. Newman
                                                      Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Lawsuit | 1142-000 | $80,907.00 |
| **TOTAL GROSS RECEIPTS** | | **$80,907.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Ndiack Thiam | Claimed Exemption | 8500-002 | $15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | APM Surgical Group | 4210-000 | NA | $5,953.32 | $5,953.32 | $5,953.32 |
| | Advanced Physical Medicine | 4210-000 | NA | $4,342.59 | $4,342.59 | $4,342.59 |
| | Ambulatory Anesthesiologists of Chicago | 4210-000 | NA | $1,078.71 | $1,078.71 | $1,078.71 |
| | Archer Open MRI | 4210-000 | NA | $1,068.04 | $1,068.04 | $1,068.04 |
| | Dr Scott Glaser | 4210-000 | NA | $9,160.77 | $9,160.77 | $9,160.77 |
| | EMP of Chicago | 4210-000 | NA | $531.29 | $531.29 | $531.29 |
| | Magna Surgical Center | 4210-000 | NA | $9,639.00 | $9,639.00 | $9,639.00 |
| | Mercy Hospital and Medical Center | 4210-000 | NA | $589.08 | $589.08 | $589.08 |
| | **TOTAL SECURED** | | **$0.00** | **$32,362.80** | **$32,362.80** | **$32,362.80** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Norman B. Newman | 2100-000 | NA | $1,648.58 | $1,648.58 | $1,283.22 |
| Trustee, Fees - NORMAN B. NEWMAN, TRUSTEE | 2100-000 | NA | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Fees - MUCH P.C. SHELIST | 3110-000 | NA | $9,831.00 | $9,831.00 | $7,652.26 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $50.37 | $50.37 | $50.37 |
| Special Counsel for Trustee Fees - D&W Law Group | 3210-600 | NA | $24,270.00 | $24,270.00 | $24,270.00 |
| Special Counsel for Trustee Expenses - D&W Law Group | 3220-610 | NA | $288.35 | $288.35 | $288.35 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $36,088.30 | $36,088.30 | $33,544.20 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | IRS 1 | 5800-000 | $3,500.00 | $12,944.37 | $12,944.37 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | $3,500.00 | $12,944.37 | $12,944.37 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Speedy Cash | 7100-000 | $500.00 | $346.88 | $346.88 | $0.00 |
| 3 | T Mobile/T-Mobile USA Inc by American InfoSource LP as agent | 7100-000 | NA | $462.75 | $462.75 | $0.00 |
| 4 | T Mobile/T-Mobile USA Inc by American InfoSource LP as agent | 7100-000 | NA | $559.94 | $559.94 | $0.00 |
| 5 | T Mobile/T-Mobile USA Inc by American InfoSource LP as agent | 7100-000 | NA | $284.92 | $284.92 | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$500.00** | **$1,654.49** | **$1,654.49** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 17-01674 | Trustee Name: | (330270) Norman B. Newman |
| Case Name: | THIAM, NDIACK KARIM | Date Filed (f) or Converted (c): | 01/20/2017 (f) |
|  |  | § 341(a) Meeting Date: | 02/16/2017 |
| For Period Ending: | 12/20/2018 | Claims Bar Date: | 07/02/2018 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Deposits of Money -Checking account: Citi Bank<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 6.00 | 0.00 | | 0.00 | FA |
| 2 | Deposits of Money - Savings account: Citi Bank<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Household Goods & Furniture<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 5 | Personal Injury Lawsuit<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 15,000.00 | 85,000.00 | | 80,907.00 | FA |
| 6 | 2014 Ford Fusion<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | **Assets Totals (Excluding unknown values)** | **$15,806.00** | **$85,000.00** | | **$80,907.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Settled Personal Injury claim.

**Initial Projected Date Of Final Report (TFR):** 03/31/2018          **Current Projected Date Of Final Report (TFR):** 09/11/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Form 2

Exhibit 9

Page: 1

# Cash Receipts And Disbursements Record

| Case No.: | 17-01674 | Trustee Name: | Norman B. Newman (330270) |
| --- | --- | --- | --- |
| Case Name: | THIAM, NDIACK KARIM | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7579 | Account #: | ******4700 Checking |
| For Period Ending: | 12/20/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/04/18 | | D&W Law Group | Settlement of personal injury claim. | | 8,985.85 | | 8,985.85 |
| | {5} | D&W Law Group | Settlement of Personal Injury Case.     $80,907.00 | 1142-000 | | | 8,985.85 |
| | | D&W Law Group | Payment of Special Counsel's fees    -$24,270.00 | 3210-600 | | | 8,985.85 |
| | | D&W Law Group | Payment of Special Counsel expenses    -$288.35 | 3220-610 | | | 8,985.85 |
| | | EMP of Chicago | Payment to Medical Lienholders    -$531.29 | 4210-000 | | | 8,985.85 |
| | | Advanced Physical Medicine | Payment to Medical Lienholders    -$4,342.59 | 4210-000 | | | 8,985.85 |
| | | Archer Open MRI | Payment to Medical Lienholders    -$1,068.04 | 4210-000 | | | 8,985.85 |
| | | Dr Scott Glaser | Payment to Medical Lienholders    -$9,160.77 | 4210-000 | | | 8,985.85 |
| | | Ambulatory Anesthesiologists of Chicago | Payment to Medical Lienholders    -$1,078.71 | 4210-000 | | | 8,985.85 |
| | | Mercy Hospital and Medical Center | Payment to Medical Lienholders    -$589.08 | 4210-000 | | | 8,985.85 |
| | | APM Surgical Group | Payment to Medical Lienholders    -$5,953.32 | 4210-000 | | | 8,985.85 |
| | | Magna Surgical Center | Payment to Medical Lienholders    -$9,639.00 | 4210-000 | | | 8,985.85 |
| | | Ndiack Thiam | Claimed Exemption    -$15,000.00 | 8500-002 | | | 8,985.85 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 8,975.85 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 14.20 | 8,961.65 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.45 | 8,949.20 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 13.72 | 8,935.48 |
| 10/04/18 | 101 | MUCH P.C. SHELIST | Final Distribution pursuant to Order dated 10-4-18 | 3110-000 | | 7,652.26 | 1,283.22 |
| 10/04/18 | 102 | Norman B. Newman | Final Distribution pursuant to Order dated 10-4-18 | 2100-000 | | 1,283.22 | 0.00 |
| | | | **Page Subtotals:** | | **$8,985.85** | **$8,985.85** | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)                                                                ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 17-01674 | Trustee Name: | Norman B. Newman (330270) |
|---|---|---|---|
| Case Name: | THIAM, NDIACK KARIM | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7579 | Account #: | ******4700 Checking |
| For Period Ending: | 12/20/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 8,985.85 | 8,985.85 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 8,985.85 | 8,985.85 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $8,985.85 | $8,985.85 | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 17-01674 | **Trustee Name:** | Norman B. Newman (330270) | |
| **Case Name:** | THIAM, NDIACK KARIM | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***7579 | **Account #:** | ******4700 Checking | |
| **For Period Ending:** | 12/20/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******4700 Checking | $8,985.85 | $8,985.85 | $0.00 |
| | $8,985.85 | $8,985.85 | $0.00 |

UST Form 101-7-TDR (10 /1/2010)